JAMES NELSON *versus* WILLIAM HICKCOX, JOSEPH HICKCOX, JOHN HALE, AND JAMES LYON. 

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Rule to appear and for publication of notice; rule to plead, answer, or demur *p. 86; (2) bill taken as

148

confessed, referred to master *p. 134; (3) motion to confirm master's report and for decree *p. 137; (4) master's report confirmed, decree *p. 138.

PAPERS IN FILE: (1) Motion to take bill as confessed and for reference to master; (2) master's report of amount due; (3) motion to confirm master's report and for decree; (4) decree signed by two of the judges; (5) deed of mortgage—William Hickcox to Thomas Palmer.

*Chancery Case* 233 (?) of 1836.